AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States Department of Agriculture | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| VERONICA L DYER | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    VERONICA L DYER
    36 OAK HILL ACRES
    MONMOUTH ME 04259

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kevin J Crosman, Esq.
    Jensen Baird Gardner & Henry,
    Ten Free Street,
    P.O. Box 4510,
    Portland, ME 04112-4510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 29, 2025

    */s/ Christa K. Berry*
    Christa K. Berry
    Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Veronica Dyer__

was received by me on *(date)* __May 5, 2025__.

☒ I personally served the summons on the individual at *(place)* __362 Route 133,__
__Winthrop, Me__ on *(date)* __May 7, 2025__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __May 7, 2025__

_____
Server's signature

Printed name and title: **Harry Doughty**
**Deputy Sheriff**
**Kennebec Sheriffs Office**

__73 Winthrop St. Augusta, Me 04330__
Server's address

Additional information regarding attempted service, etc:

# KENNEBEC COUNTY SHERIFF'S OFFICE

*Ken Mason, Sheriff*

**CIVIL DIVISION**
*Harry McKenney, Chief*

## Sheriff's Return of Service

**State of Maine**
**Kennebec County,**

Date of Service __May 2, 2025__

I have this day made service of the ANSWER TO FORECLOSURE COMPLAINT AND REQUEST FOR MEDIATION NOTICE.

by serving the within named __Veronica Dyer__ (in hand)

by delivering a copy to _____
a person of suitable age and discretion who was then residing at Defendant's usual residence.

by delivering a copy to _____
an agent authorized by appointment or by law to receive service of process.

by (other manner of service): _____

The said process was served this day at __362 Route 133, Winthrop, ME__

_Harry E. Doughty_
**Harry Doughty, Deputy Sheriff**

**73 Winthrop Street, Augusta, Maine 04330   Tel. (207) 623-1202**