UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>Plaintiff,<br><br>v.<br><br>**VERONICA L. DYER**,<br><br>Defendant, | CASE NO. **1:25-cv-00197-LEW** |

## STIPULATION OF DISMISSAL

Plaintiff United States Department of Agriculture, through counsel, and Defendant Veronica L. Dyer, acting pro se, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-referenced action without prejudice and without costs to either party.

Dated: 01/02/2026                    /s/ Kevin J. Crosman

Kevin J. Crosman, Esq.
10 Free Street, PO BOX 4510
Portland, ME 04112
T: 207-775-7271
E: kcrosman@jensenbaird.com

*Attorneys for Plaintiff*

Dated: 01/02/2026                    /s/ Veronica L. Dyer

Veronica L. Dyer
362 Route 133
Winthrop, ME 04364
E: dyer.veronica@gmail.com

*Defendant, pro se*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 2, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

    The following party was notified via First-Class Mail, Postage Pre-Paid:

Veronica L. Dyer
362 Route 133
Winthrop, ME  04364

    Dated at Portland, Maine, this 2nd day of January, 2026.

                                                     /s/ Kevin J. Crosman
                                                     Kevin J. Crosman, Bar No. 4279
                                                      Attorney for Plaintiff